NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK ANDREW KALINA,⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀Appellant,⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀Case No. 2D18-5059
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
STATE OF FLORIDA,⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀Appellee.⠀⠀⠀⠀⠀⠀)
_____)

Opinion filed September 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Chris Helinger,
Judge.

Mark Andrew Kalina, pro se.


PER CURIAM.

⠀⠀⠀⠀⠀⠀Affirmed.  See Kalina v. State, 252 So. 3d 1190 (Fla. 2d DCA 2018) (table

decision); Kalina v. State, 222 So. 3d 1216 (Fla. 2d DCA 2017) (table decision); Kalina

v. State, 185 So. 3d 1243 (Fla. 2d DCA 2015) (table decision); Kalina v. State, 88 So.

3d 161 (Fla. 2d DCA 2011) (table decision); Harris v. State, 777 So. 2d 994 (Fla. 2d

DCA 2000).


CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.